UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DONALD SANCHEZ, | ) | CASE NO. CV 08-01809-SVW (AJW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW C. KRAMER, WARDEN, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _May 4, 2011_

_____
Stephen V. Wilson
United States District Judge